UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION


FILED
John E. Triplett, Clerk of Court
United States District Court
By JamesBurrell at 12:15 pm, Sep 15, 2023

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO. 4:23 CR-77 |
| ) | |
| v. ) | 18 U.S.C. §§ 7 and 13 |
| ) | |
| SETH A. EVANS ) | O.C.G.A. § 40-6-391(a)(5) DUI .08 or Greater |
| ) | |
| ) | O.C.G.A. § 40-6-391(a)(1) DUI Less Safe |
| ) | |
| ) | O.C.G.A. § 40-6-48 Failure to Maintain Lane |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
*DUI .08 or Greater*
O.C.G.A. § 40-6-391(a)(5)

On or about May 27, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

### SETH A. EVANS

did unlawfully drive and was in actual physical control of a moving vehicle while his alcohol concentration was 0.08 grams or more at a time within three hours after such driving from alcohol consumed before such driving ended, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(5).

## COUNT TWO
*DUI Less Safe*
O.C.G.A. § 40-6-391(a)(1)

On or about May 27, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

**SETH A. EVANS**

did unlawfully drive and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

## COUNT THREE
*Failure to Maintain Lane*
O.C.G.A. § 40-6-48

On or about May 27, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Fort Stewart Military Reservation,

### SETH A. EVANS

did fail to operate his motor vehicle as nearly as practicable entirely within a single lane of a roadway divided into two or more clearly marked lanes for traffic, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 40-6-48.

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ Michael Z. Spitulnik*

Michael Z. Spitulnik
Special Assistant United States Attorney
IL Bar No. 6321559

3